[No. 47206-6-II.   Division Two.   April 12, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT A. CREECH, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 14-1-02303-1, Barbara D. Johnson, J., entered February 6, 2015. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Bjorgen, C.J., and Lee, J.

[No. 47249-0-II.   Division Two.   April 12, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK WADE NEWMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 14-1-00944-2, Gary B. Bashor, J., entered February 9, 2015. *Remanded with instructions* by unpublished opinion per Lee, J., concurred in by Bjorgen, C.J., and Worswick, J.

[No. 47295-3-II.   Division Two.   April 12, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. TRISTAN FELEPADIUDE BRIGHT, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 14-1-02370-9, Ronald E. Culpepper, J., entered February 6, 2015. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Melnick and Sutton, JJ.

[No. 47512-0-II.   Division Two.   April 12, 2016.]

*In the Matter of the Marriage of* CHRISTINA M. RODERICK, *Respondent*, and BRIAN P. RODERICK, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 14-3-00631-3, Stephanie A. Arend, J., entered April 24, 2015. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Worswick and Lee, JJ.